UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT S. FISCHER,<br><br>                    Defendant. | Case No.  21-cv-05928-JSW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this disability access action on August 1, 2021.  (Dkt. No. 1.)  After the Clerk entered default, Defendant filed its Answer on October 20, 2021.  (Dkt. No. 15.)  There has been no further action in this case.  Accordingly, by no later than June 3, 2022, Plaintiff is ORDERED TO SHOW CAUSE, in writing, why this action should not be dismissed for failure to prosecute.  See Fed. R. Civ. P. 41(b).  Failure to timely respond to this Order will result in the dismissal of this action without further notice.  The Court also advises Plaintiff that filing a dismissal will not discharge this Order to Show Cause.  The Court requires an explanation for the lack of action in this case.

**IT IS SO ORDERED.**

Dated: May 19, 2022

_____
JEFFREY S. WHITE
United States District Judge