UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

ROBERT S. FISCHER,

    Defendant.

Case No. 21-cv-05928-JSW

**ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

Re: Dkt. No. 19

On May 19, 2022, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute given the lack of action in the case. The Court expressly stated it "requires an explanation for the lack of action in this case." (Dkt. No. 14.)

To date, Plaintiff has not filed a response to the Court's Order. Accordingly, the Court ORDERS Plaintiff to show cause why sanctions in the amount of $150.00 should not be imposed on him and his counsel for failure to comply with the Court's Order dated May 19, 2022. **Plaintiff's response to this Order to Show Cause shall be due by June 24, 2022, and a failure to respond shall result in the monetary sanctions being imposed.**

    **IT IS SO ORDERED.**

Dated: June 17, 2022

_____
JEFFREY S. WHITE
United States District Judge